■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
KEVIN J. FERRIN, Appellant.—Judgment unanimously modi-
fied on the law by vacating the sentence imposed and as
modified affirmed, and matter remitted to Cayuga County
Court for resentencing, in accordance with the following mem-
orandum: Defendant appeals from a judgment convicting him
of robbery in the second degree, arguing that the court im-
properly sentenced him as a persistent felony offender. We
agree. The court failed to file the statement required by CPL
400.20 (3) or to follow the other procedures required by CPL
400.20. Defendant's sentence must be vacated and the matter
remitted for resentencing. We have examined defendant's
remaining arguments on appeal, raised by his attorney and by
defendant in his *pro se* brief, and find that none has merit.
(Appeal from judgment of Cayuga County Court, Corning, J.—
robbery, second degree.) Present—Denman, J. P., Boomer,
Pine, Davis and Lowery, JJ.